**Order entered July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00014-CV

**BURLINGTON RESOURCES OIL & GAS COMPANY LP, Appellant**

**V.**

**VERDE MINERALS, LLC, LIGHTHOUSE MANAGEMENT GROUP, INC., AND DAVID WEINER, ANCILLARY RECEIVER, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13916**

## ORDER
Before Chief Justice Wright and Justices Brown and Stoddart

We **DIRECT** the Clerk of this Court to issue the mandate forthwith.


/s/     CAROLYN WRIGHT
          CHIEF JUSTICE